AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

EDWARDS & ANGELL, LLP

v.

HISTATEK, LLC and
HISTATEK, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11632 DPW

TO: (Name and address of Defendant)

Histatek, Inc.
4645 East Cotton Center Boulevard
Phoenix, Arizona

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark David Modest, Esquire
188 Oaks Road
Framingham, MA 01702-5957

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JUL 22 2004

 

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
102 West Madison Street
Phoenix, Arizona 85003-2292

```
                                    EDWARDS AND ANGELL LLP
                                    vs.
                                    HISTATEK INC

STATE OF ARIZONA    )               Case #    0411632DPW
                    ) ss.
County of Maricopa  )               Docket #  C196333
```

D.L. CARLISLE #S0647, BEING FIRST DULY SWORN ON OATH DEPOSES AND SAYS: THAT HE IS A CITIZEN OF THE UNITED STATES OVER THE AGE OF 21 YEARS; THAT HE HAS NO INTEREST WHATSOEVER IN THE WITHIN ENTITLED MATTER; THAT HE IS A REGULARLY APPOINTED DEPUTY SHERIFF OF MARICOPA COUNTY, ARIZONA, AND AS SUCH HAS THE POWER TO SERVE CIVIL PROCESSES WITHIN SAID COUNTY; THAT HE SERVED THE WITHIN , SUMMONS IN A CIVIL ACTION ON THE 19TH DAY OF AUGUST, 2004, ON THE WITHIN NAMED DEFENDANT HISTATEK,INC,BY DELIVERING TO JOHN LIPANI,CEO OF HISTATEK,INC.,AUTHORIZED TO ACCEPT SERVICE AT 4645 EAST COTTON CENTER BLVD.BLDG 2 #171,PHOENIX,ARIZONA,AT 12:55 PM, IN THE COUNTY OF MARICOPA, A COPY OF SAID , SUMMONS IN A CIVIL ACTION TO WHICH WAS ATTACHED A TRUE COPY OF THE COMPLAINTCIVIL COVER SHEET, INTERROGATORIES PROPOUNDED BY THE PLAINTIFF, EDWARDS & ANGELL, LLP, TO BE ANSWERED UNDER OATH BY THE DEFENDANT, HISTATEK, INC - FIRST SET, PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS BY THE DEFENDANT, HISTATEK, INC., REQUESTS OF THE PLAINTIFF, EDWARDS & ANGELL, LLP, TO THE DEFENDANT, HISTATEK, INC., FOR ADMISSIONS, LOCAL CATEGORY SHEET MENTIONED THEREIN.

 

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
102 West Madison Street
Phoenix, Arizona 85003-2292

```
                                EDWARDS AND ANGELL LLP
                                vs.
                                HISTATEK INC

STATE OF ARIZONA    )
                    ) ss.        Case #    0411632DPW
County of Maricopa  )
                                 Docket #  C196333
```

Fees:

```
1 service........ $    16.00    Joseph M. Arpaio
30 miles..........     72.00    Maricopa County Sheriff
1 notary.........       8.00
                    ---------   By _____
        Total          96.00    D.L. CARLISLE, #S0647, Deputy Sheriff
```

Subscribed and sworn to before me this ____ Day of September, 2004

_____
Notary Public in and for the County of Maricopa - State of Arizona

A8256                                                          CVLF002


"OFFICIAL SEAL"
Deborah L. Sheline
Notary Public-Arizona
Maricopa County
My Comm. Expires 12/4/2005