UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARDS & ANGELL, LLP.
    Plaintiff,

    v.                             CIVIL ACTION
                                NO.04-11632-DPW

HISTATEK, LLC and HISTATEK, INC.,
    Defendants.

**NOTICE OF DEFAULT**

WOODLOCK, D.J.

    Upon application of the Plaintiff for an Order of Default for failure of the defendant **HISTATEK, INC**. to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant **HISTATEK, INC**. has been defaulted this date.

                                      BY THE COURT,

                                    /s/ Rebecca Greenberg
                                  Deputy Clerk

Dated: September 20, 2004