UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARDS & ANGELL, LLP, )
         Plaintiff, )
)
Vs. ) Civil Action No. 04-11632-DPW
)
HISTATEK, LLC and )
HISTATEK, INC., )
         Defendants. )

## DEFAULT JUDGMENT

Defendant, **Histatek, Inc.**, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiff and affidavits demonstrating that Defendant, **Histatek, Inc.**, owes Plaintiff the sum of **$359,584.25**; that Defendant, **Histatek, Inc.**, is not an infant or incompetent person or in the military service of the United States, and that Plaintiff has incurred costs in the sum of $350.00, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff recover from Defendant, **Histatek, Inc.**, the sum of **$359,934.25**, with interest as provided by law.

_____
Deputy Clerk

Dated: _____