UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| EDWARDS & ANGELL, LLP,<br>　　　　Plaintiff,<br><br>Vs.<br><br>HISTATEK, LLC and<br>HISTATEK, INC.,<br>　　　　Defendants. | Civil Action No. 04-11632-DPW |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### BY PLAINTIFF AS TO THE DEFENDANT, HISTATEK, LLC

Pursuant to the provisions of Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiff herein, Edwards & Angell, LLP, hereby voluntarily dismisses the above action, without prejudice, as to the defendant, Histatek, LLC. Neither an answer to the plaintiff's Complaint, nor a counterclaim, nor a motion for summary judgment has been filed by the defendant, Histatek, LLC.

Notice under Rule 77 waived.

Dated: January 15, 2005

_____
Mark David Modest
Attorney for Plaintiff
188 Oaks Road
Framingham, MA 01702
(508) 820-4333
BBO# 350280