UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWARDS & ANGELL, LLP,<br>        Plaintiff,<br><br>Vs.<br><br>HISTATEK, LLC and<br>HISTATEK, INC.,<br>        Defendants. | Civil Action No. 04-11632-DPW |

## DEFAULT JUDGMENT

Defendant, **Histatek, Inc.**, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiff and affidavits demonstrating that Defendant, **Histatek, Inc.**, owes Plaintiff the sum of **$359,584.25**; that Defendant, **Histatek, Inc.**, is not an infant or incompetent person or in the military service of the United States, and that Plaintiff has incurred costs in the sum of $350.00, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff recover from Defendant, Histatek, Inc., the sum of **$359,934.25**, with interest as provided by law.

_Michelle Rynne_
Deputy Clerk

Dated: 2/16/05